IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRISTATE ANTIQUES, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 17-1823 |
| FEDERAL INSURANCE COMPANY, | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 11th day of October, 2017, upon consideration of Federal Insurance Company's ("Federal") Motion for Judgment on the Pleadings, Plaintiff Tristate Antiques' ("Tristate") Response in Opposition/Cross-Motion for Leave to File an Amended Complaint, Federal's Reply, and Tristate's Surreply, it is hereby **ORDERED** that:

1. Federal's Motion for Judgment on the Pleadings (Doc. No. 13) is **GRANTED**. Federal is **DISMISSED** from this action with **PREJUDICE**;

2. Tristate's Motion for Leave to File an Amended Complaint (Doc. No. 15) is **GRANTED**. Tristate shall file an Amended Complaint within **fourteen (14) days** of the date of this Order; and

3. Federal's Motion to Extend Discovery (Doc. No. 14) is **DENIED** as **MOOT**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE